OPINION OF THE COURT
 

 On review of submissions pursuant to rule 500.2 (b) of the Rules of the Court of Appeals (22 NYCRR 500.2 [b]), order affirmed, with costs. We cannot say, as a matter of law, that the Appellate Division abused its discretion by deeming defendant’s answer amended to include the affirmative defense of
 
 res judicata
 
 on a motion for summary judgment. Furthermore, although the prior judgment of Supreme Court does not specifically recite that it is “on the merits”, that judgment should be given
 
 res judicata
 
 effect in order to prevent the plaintiff from circumventing the preclusion decree (cf.
 
 Palmer v Fox,
 
 28 AD2d 968, affd 22 NY2d 667).
 

 
 *832
 
 Concur: Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer.